## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02184-WYD-MEH

MALIBU MEDIA, LLC,

Plaintiff,

v.

JAYSON BAILEY,

Defendant.

---

## DEFENDANT'S ORIGINAL ANSWER

---

Defendant Jayson Bailey (the "Defendant") by and through counsel, Will Denham and Christina Saunders, of the law firm Sparkman + Foote LLP, submits his Original Answer to the Amended Complaint-Action for Damages for Property Rights Infringement (the "Complaint") of Malibu Media, LLC (the "Plaintiff") as follows:

## INTRODUCTION

1.  Defendant admits that Plaintiff has alleged a cause of action under the Copyright Act.

2.  Defendant denies Plaintiff's allegations in Paragraph 2 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations (including Plaintiff's purported copyrights).

3. Defendant denies Plaintiff's allegations in Paragraph 3 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations (including Plaintiff's purported copyrights).

## JURISDICTION AND VENUE

4. Defendant admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1338.

5. Defendant admits that he is a resident of the state of Colorado, but denies all other allegations contained in Paragraph 5 of the Complaint because he does not have sufficient knowledge or information to form a belief about the truth of the allegations (including Plaintiff's purported use of "IP address geolocation technology").

6. Defendant denies Plaintiff's allegations in Paragraph 6 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

7. Defendant admits that he is a resident of the state of Colorado.

## PARTIES

8. Defendant denies Plaintiff's allegations in Paragraph 8 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

9. Defendant admits Plaintiff's allegations in Paragraph 9 of the Complaint.

## **FACTUAL BACKGROUND**

I.    Defendant denies Plaintiff's allegations in Paragraph I of the Complaint.

10. Defendant denies Plaintiff's allegations in Paragraph 10 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

11. Defendant denies Plaintiff's allegations in Paragraph 11 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

12. Defendant denies Plaintiff's allegations in Paragraph 12 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

13. Defendant denies Plaintiff's allegations in Paragraph 13 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

14. Defendant denies Plaintiff's allegations in Paragraph 14 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

15. Defendant denies Plaintiff's allegations in Paragraph 15 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

16. Defendant denies Plaintiff's allegations in Paragraph 16 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

17. Defendant denies Plaintiff's allegations in Paragraph 17 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

18. Defendant denies Plaintiff's allegations in Paragraph 18 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

19. Defendant denies Plaintiff's allegations in Paragraph 19 of the Complaint.

20. Defendant denies Plaintiff's allegations in Paragraph 20 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

21. Defendant denies Plaintiff's allegations in Paragraph 21 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

22. Defendant denies Plaintiff's allegations in Paragraph 22 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

23. Defendant denies Plaintiff's allegations in Paragraph 23 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

24. Defendant denies Plaintiff's allegations in Paragraph 24 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

25. Defendant admits Plaintiff's allegation in Paragraph 25 of the Complaint.

26. Defendant denies Plaintiff's allegations in Paragraph 26, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

27. Defendant denies Plaintiff's allegations in Paragraph 27, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

28. Defendant denies Plaintiff's allegations in Paragraph 28, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

29. Defendant denies Plaintiff's allegations in Paragraph 29, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

30. Defendant denies Plaintiff's allegations in Paragraph 30, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

31. Defendant denies Plaintiff's allegations in Paragraph 31, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

32. Defendant denies Plaintiff's allegations in Paragraph 26, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

**MISCELLANEOUS**

33. Defendant cannot formulate a response, as paragraph 33 is not an allegation. See Fed. R. Civ. Pro. 8(a)(2). To the extent this paragraph contains any allegations, Defendant denies them.

34. Defendant cannot formulate a response, as paragraph 29 is not an allegation. See Fed. R. Civ. Pro. 8(a)(2). To the extent this paragraph contains any allegations, Defendant denies them.

**COUNT I: DIRECT INFRINGEMENT AGAINST DEFENDANT**

35. The answers contained in paragraph 1-34 are hereby re-answered as if fully set forth herein.

36. Defendant denies Plaintiff's allegations in Paragraph 36 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

37. Defendant denies Plaintiff's allegations in Paragraph 37 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

38. Defendant denies Plaintiff's allegations in Paragraph 38 of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

39. Defendant denies Plaintiff's allegations in Paragraph 39 (A)-(D) of the Complaint, because Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

40. Defendant denies Plaintiff's allegations in Paragraph 40 of the Complaint.

## AFFIRMATIVE DEFENSES

Defendant, through and by counsel, states the following affirmative defenses to Plaintiff's Complaint:

### First Affirmative Defense: MISUSE OF COPYRIGHT

1. Plaintiff's claims are barred by the misuse of copyright.   Plaintiff intends to elicit settlement funds from Defendant, rather than prevent infringement of its copyrights.   Moreover, Plaintiff has developed and engaged a litigation centric business model, whereby Plaintiff tracks BitTorrent sites in order to locate IP addresses, which may lead to a potential copyright infringer, in order to generate income for the alleged downloads rather than use this as a method to stop infringements.   In doing so, Plaintiff has illegally extended its monopoly beyond the scope of copyright and violated public policy underlying the copyright laws.

### Second Affirmative Defense: NO VOLITIONAL CONDUCT

2. Plaintiff's claims are barred in whole or in part because Defendant did not engage in any volitional conduct.

3. Plaintiff's claims are barred in whole or in part because the harm alleged by Plaintiff may have resulted from the misuse of technology by some person not reasonably expected by Defendant.

**Third Affirmative Defense: INVALIDITY OR UNENFORCEABILITY OF COPYRIGHT**

4. Defendant withdraws his "Invalidity or Unenforceability of Copyright" affirmative defense.

**Fourth Affirmative Defense: DE MINIMUS INFRINGEMENT**

5. Plaintiff's claims are barred in that any copying or other violations of rights which may have occurred was de minimus and/or non-functional.

**Fifth Affirmative Defense: INJUNCTIVE RELIEF**

6. Plaintiff is not entitled to injunctive relief because any alleged injury to Plaintiff is not immediate or irreparable, and Plaintiff has an adequate remedy at law.

**Sixth Affirmative Defense: FAIR USE**

7. Plaintiff's claims are barred by the doctrine of fair use.

Defendant reserves the right to amend its answer to allege additional affirmative defenses and/or counterclaims, if subsequent investigation so warrants.

**Defendant's Counterclaim for Attorney's Fees and Costs**

Defendant respectfully requests an award of his attorney's fees and costs pursuant to 17 U.S.C. § 505.

A trial by jury is hereby demanded.

WHEREFORE, Defendant Jayson Bailey respectfully requests that the Court enter judgment in his favor, that the Court deny all of Plaintiff's requested relief, and that the Court award him his costs and attorney's fees.

Dated this 19th Day of January 2015

Respectfully submitted,

SPARKMAN + FOOTE LLP

/s/_Will Denham_
Will Denham
Sparkman + Foote LLP
1200 Binz Street
Suite 650
Houston, Texas 77004-6927
Tel: (713) 401-2924
Tel: (713) 322-8888 (direct)
E-mail: Denham@SparkmanFoote.com

Christina Saunders
Sparkman + Foote LLP
1616 17th Street
Suite 370
Denver, Colorado 80202
Tel: (303) 396-0270
Email: Saunders@SparkmanFoote.com

*Attorneys for Defendant Jayson Bailey*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ORIGINAL ANSWER was served by CM/EFS on this 19th day of January, 2015, upon the following counsel, and all other interested parties:

Jason Kotzker
Kotzker Law Group
9609 S University Blvd., #632134
Highlands Ranch, CO 80163
E-mail: jason@klgip.com
Phone: 720-330-8329
Attorney for Plaintiff

/s/_Will Denham_____
Will Denham