IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02184-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JAYSON BAILEY,

    Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2015**.

    In light of the Plaintiff's Notice of Settlement (docket #28), the Scheduling Conference current set for **February 24, 2015** at **10:00 a.m.** is **vacated**. Additionally, the Motion for Leave to Amend Answer [filed February 13, 2015; docket #25] is **denied** as moot. The parties shall file dismissal papers with the Court on or before March 18, 2015.